IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
In Martinsburg

JOSHUA SHEPHERD,

    Plaintiff,                                   Case No. 3:13-cv-00078

v.

LITTLE GIANT ENTERPRISES, LLC,

    Defendant.

## Notice of Settlement

COME NOW the parties hereto, Plaintiff Joshua Shepherd, by counsel Peter Pentony, and Defendant Little Giant Enterprises, LLC, by counsel Tracey Rohrbaugh, and represent to the Court that they have reached a confidential settlement agreement resolving all issues in this case, that the August 15, 2014, Pre-Trial Conference and the August 26, 2014, Trial may be removed from the Court's docket, and that an Agreed Order of Dismissal shall be submitted to the Court upon the parties' completion of their respective settlement obligations.

| | |
|---|---|
| /s/ Peter A. Pentony | /s/ Tracey A. Rohrbaugh |
| Peter A. Pentony | Tracey A. Rohrbaugh |
| (W.Va. State Bar #7769) | (W.Va. State Bar # 6662) |
| Law Office of F. Samuel Byrer, PLLC | Bowles Rice LP |
| P. O. Box 597 | 101 S. Queen Street |
| Charles Town, WV  25414 | Martinsburg, WV 25401 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |